# U.S. District Court
## Northern District of Texas (Dallas)
### CIVIL DOCKET FOR CASE #: 3:04-cv-01234

04cv12290 PBS

Willoz v. Pfizer Inc
Assigned to: Judge David C Godbey
Cause: 28:1332 Diversity-Other Contract

Date Filed: 06/07/2004
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

-----------------------

**Tammylee Willoz,** *individually and on behalf of others similarly situated*

represented by **Patrick James Mulligan**
Law Office of Patrick J Mulligan
2911 Turtle Creek Blvd
Suite 900
Dallas, TX 75219
214/219-9779
Fax: 214/520-8789 FAX
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

-----------------------

**Pfizer Inc,** *individually and as successor in interest to Parke-Davis and Warner-Lambert*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/07/2004 | 1 | CLASS ACTION COMPLAINT filed by Tammylee Willoz against Pfizer Inc. (Filing fee $150; Receipt number 207815)(nap, ) (Entered: 06/10/2004) |
| 06/07/2004 |   | DEMAND for Trial by Jury by Tammylee Willoz. (Filed within complaint)(nap, ) (Entered: 06/10/2004) |
| 06/07/2004 |   | ***Magistrate Judge Irma C. Ramirez chosen by random selection to handle matters that may be referred in this case. (nap, ) (Entered: 06/10/2004) |
| 06/07/2004 | 2 | Summons Issued as to Pfizer Inc. (nap, ) (Entered: 06/10/2004) |

| 06/09/2004 | 3 | ORDER. The Court orders Plt to file with this Court a Certificate of Interested Persons, on or before 6/18/04, or Plt's Complaint will be stricken. (Signed by Judge Barbara M. G. Lynn on 6/9/04) (nap, ) (Entered: 06/14/2004) |
| --- | --- | --- |
| 06/17/2004 | 4 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Tammylee Willoz. (nmj, ) (Entered: 06/21/2004) |
| 06/17/2004 | 5 | Court Request for Recusal by Judge Barbara M. G. Lynn. (nap, ) (Entered: 06/22/2004) |
| 06/22/2004 | | Case Reassigned to Judge David C Godbey. (kdc, ) (Entered: 06/22/2004) |
| 06/30/2004 | 6 | ORDER REASSIGNING CASE. The Judge to whom this case was initially assigned having recused herself, it is ordered that this case be, and the same is, assigned to theh docket of the Honorable David C. Godbey, and should reflect the following case number: 3:04-cv-1234-N. (Signed by Judge A. Joe Fish on 6/30/04) (nap, ) (Entered: 07/01/2004) |
| 09/07/2004 | 7 | MOTION for class certification pursuant to FRCP 23 and Local Civil Rule 23.2 by Tammylee Willoz (aat, ) (Entered: 09/08/2004) |
| 09/07/2004 | 8 | MEMORANDUM in support re 7 motion for class certification pursuant to FRCP 23 and Local Civil Rule 23.2 filed by Tammylee Willoz. (aat, ) (Entered: 09/08/2004) |
| 09/07/2004 | 9 | APPENDIX in support re 7 motion for class certification pursuant to FRCP 23 and Local Civil Rule 23.2 filed by Tammylee Willoz. (aat, ) (Entered: 09/08/2004) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 10/27/2004 13:30:18 | | | |
| PACER Login: | us2510 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:04-cv-01234 |
| Billable Pages: | 1 | Cost: | 0.07 |