**United States District Court**
**Northern District of Texas**
**Office of the Clerk**

*1100 Commerce Room 14A20*
*Dallas, Texas 75242-1003*

November 3, 2004

USDC District of Massachusetts
1 Courthouse Way
Boston, MA 02210

SUBJECT: Willoz v. Pfizer, et al 3:04cv1234-N

Dear Sir or Madam:

The above action has been transferred to your court pursuant to the order of Wm. Terrell Hodges dated November 3, 2004.

Enclosed are the necessary documents for transfer including a certified copy of the docket sheet.

A copy of this letter and a return envelope are enclosed for your convenience in acknowledging receipt of the file.

Sincerely,
KAREN MITCHELL
*Clerk of Court*

By: _____
Dee Alvord
*Deputy Clerk*

Enclosure

-----------------------------------------------------------------------------------------

Please acknowledge below, receipt of the documents described above and the case number assigned:

Date: _____         Case No.: _____

Clerk, U.S. Court

By: _____
*Deputy Clerk*