N

 

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

TONY ANASTAS
CLERK

KIMBERLY M. ABAID
DEPUTY CLERK



RECEIVED
NOV - 4 04
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

October 28, 2004

Ms. Karen Mitchell, Clerk
United States District Court
1100 Commerce Street
Dallas, TX  75242-1003

04CV 1234-N

IN RE: MDL DOCKET No. 1692   In Re: Neurontin Marketing and Sales Practices
USDC - Massachusetts Lead Case No. 1:04CV10739-PBS
Your Case: Civil Action No. Willoz v. Pfizer, Inc.
District of MA No.1:04cv12290 PBS

Dear Ms. Mitchell:

Enclosed is a certified copy of the Order of the Judicial Panel on Multi-District Litigation, transferring the cases on the attached listing to the U.S. District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to Title 28 United States Code Section 1407. These cases have been assigned to the Honorable Patti B. Saris.

In accordance with the Rules concerning Multi-District Litigation, please forward the original case file, along with a certified copy of the docket entries and a copy of the transfer order for the case now pending in your district as indicated above. Also include a copy of this letter when transmitting your records to the above address.

Your prompt attention to this matter is greatly appreciated. If you should have any questions, please do not hesitate to contact the undersigned at 617-748-9113, Robert Alba, Courtroom Clerk for Judge Saris at 617-748-9175 or Christine Patch, Docket Clerk for Judge Saris, at  617-748-9178.

Sincerely,

Kimberly M. Abaid
Deputy Clerk

Information Copy to:     Michael Beck, Clerk of the Panel
Counsel of Record
Robert Alba
Christine Patch